CW 355 FILED

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. S. 1983

07 JUL 17 AM 10:58

Name MARLOW    JAMES    G
     (Last)      (First)   (Initial)

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prisoner Number E-32700

Institutional Address P.O. Box E-32700
San Quentin State Prison, CA, 94974

==================================================================

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

James Gregory Marlow            Case No. 07    3655
(Enter the full name of the     (To be provided by the clerk
plaintiff in this action)        of court)

                                                    CW
                                                   (PR)
vs.

Robert L. Ayers Jr, Warden       COMPLAINT UNDER THE CIVIL
Capt. Liew, Fox Condemned Row    RIGHTS ACT, 42 U.S.C § 1983
cts Sgts East Block and A/C.
                                 (✓) DEMAND FOR JURY TRIAL
Asso. Warden O. Dacanay.         (__) NO JURY TRIAL DEMAND
(Enter the full name of the          (check one only)
defendant(s) in this action)


    All questions on this complaint form must be answered in order
for your action to proceed.

I.  Exhaustion of Administrative Remedies

    Note: You must exhaust your administrative remedies before
    your claim can go forward. The court will dismiss any
    unexhausted claims.

    A.  Place of present confinement San Quentin State Prison, CA

    B.  Is there a grievance procedure in this institution?
        YES (✓)      NO ( )

    C.  Did you present the facts in your complaint for review
        through the grievance procedure?   YES (✓)    NO ( )

1

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  _Do Not have Appeal or Number, Due to massive cell search and property taken_

2. First formal level  _yes._

3. Second formal level  _yes_

4. Third formal level  _yes, I did receive third level via_ ~~so~~
Appeal to _Sacremento CA. Capt Fox said if I filed 1983 I'd be killed - so I mailed Sacremento Bee newspaper. Staff told me it never make it out of SQ_

E. Is the last level to which you appealed the highest level of appeal available to you?  YES (X)  NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. _James Gregory Marlow E-32700  P.O. Box E-32700  San Quentin State Prison, SQ, CA. 94974  U.S.A._

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. _Mr. Robert L. Ayers Jr. Warden, San Quentin State Prison CA 94964_
_Capt. R.W. Fox SQSP. CA. condemned row 94964_
_~~tomm~~_

2

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Some months ago I sent a name list of correctional officers and Capt. R.W. Fox to Warden Ayers SQ. Prison - listing that said staff were threatening to kill me over my stamped U.S. mail out of SQ Prison. As a staged suicide, induced heartattack, staged accident - or mock nec. force - "many threats used"

No help via Warden Ayers. I wrote Asso. Warden Mr. D. Dacaway and Capt. R.W. Fox also. No help. So I filed an inmate 602 appeal. Then all my property was taken, later some was given back by staff.

The Duress expressed by correctional staff in SQ and CDC. over me mailing in my completed 602 appeal from Sacremento CA. caused me to stress out and mail said completed appeal to "THE SACREMENTO BEE, 2100 Q street, P.O. Box 15779, SACREMENTO, CA. 95852. On 6-9-07 East Block SQ condemned row Capt. R.W. Fox stated, Marlow your 602 appeal mailed to the Sacremento Bee never made it out of SQ

And that the CDC. staff were going to kill me for my vis. stamped mail out of SQ or have other inmates do it to me. I am under extreme Duress and the threat of Promised Death and harm! I'm filing this in total fear of harm- they Promise to kill me anyway! I am not

3

suicidal! Inmates are being killed by ex-perts~

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

That the Hon U.S. Court order SQ warden R.L. Ayers JR ASSO. warden Mr. D. Doresnay and capt R.W. Fox and those under them or filling their job positions to stop their mental duress upon me - their threat of Death over us mail And ill treatment toward me over Due Process.

DATED: 6-6-07     James M. Marlan
                  (Plaintiff's signature)

---

**VERIFICATION**
(optional)

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-6-07     James M. Marlan
                  (Plaintiff's signature)

---

**JURY TRIAL DEMAND**
(optional)

I demand a jury trial for all claims for which a jury trial is allowed.

    YES ( )      NO ( )    (check one only)

Dated: _____     _____
                          (Plaintiff's signature)

(rev. 11/98)

4

Be advised, that on: **April 6, 2007** a ( ) Check (X) Money Order,

Payable to Inmate: **Marlow, J** CDC # **E-32700**

Cell # **2EB76** arrived via First Class Mail in the amount of $ **50 xx/100**

drawn on:

Bank Name: **U.S.P.S.**

Serial Number: **0975456 3824**

Please take charge of this check/money order and credit this inmate's account accordingly.

**G. Smith**
_____

Correctional Officer

osition # **602**

ast Block Condemned Row II / Ad Seg

an Quentin State Prison

: Originating Officer
  Inmate

---

**UNITED STATES POSTAL SERVICE® POSTAL MONEY ORDER** 15-800/000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 0975456 3824 | 2007-04-05 | 949250 | $50.00 ¢ |

AMOUNT: **FIFTY DOLLARS & 00¢** ********************

PAY TO: **JAMES MARLOW**
ADDRESS: **E-32700 San Quentin State Prison**
C.O.D. NO. OR USED FOR: **2EB76**

FROM: **ARNOLD SWARZENEGGER**
ADDRESS:
CLERK: 0005

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

⑈000000800⑈ 0975456 3824⑈

Hon! Lawrence K. Karlton  For 1983 writ      4-25-07
Chief Judge
United States District Court                  Copy Press
501 I St. Suite 4-200                         Attorney
Sacramento, CA. 94814                         Family
                                              Court.
Re: James G. Marlow E-32700
San Quentin State Prison
San Quentin, CA. 94974                        Attachment #1
Condemned Row

(Prior update and danger warning)

Hon Judge,
    I respectfully submit that their are behind the wall death penalty games going on in San Quentin Prison, with high tech mind control via Low F.M. microbroadcasting

And even apparent communication from one mind to another by extrasensory means via secret technical means. Used as group control — on CA prisoner's — such as in my case — for officer's to kill me or have me killed in front

of other prisoners — by prisoners — in a shared kill — and then have prisoners say I did it to myself — or that it was any way but what it actually is.?

Massive Psych WR. misinformation and cover up as to my actual state of mind!

(Staff named) to Fed. Public Defender lawyers — and 602 inmate appeal — and many others promise I will be killed for sending U.S. stamped mail out of SQ. when told not to! And for

telling on staff's high tech mind control technology and shared kill politics — staged suicides / induced heartaches — induced mind death — etc. more necessary force —

Respectfully and sincerely  James G. Marlow E-32700
                            4-25-07 SQ CA.