IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 17 AM 10:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Gregory Marlow )
                     )
      Plaintiff,     )    CASE NO. C 07
                     )
  v.                 )
                     )    PRISONER'S
Robert L. Ayers Jr. Warden )  IN FORMA PAUPERIS
                     )    APPLICATION
      Defendant.    )
                     )

CW

(PR)

I, James G. Marlow, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes _____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____    Net: ____N/A____

Employer: ____Death Row Condemned____
____No Job or Pay number As yet.____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

M.C.I and sub co. building microwave telliphone towers in Barstow CA.

rev. 11/97                    2

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes _____ No ✓

    b. Income from stocks, bonds, or royalties?     Yes _____ No ✓

    c. Rent payments?     Yes _____ No ✓

    d. Pensions, annuities, or life insurance payments?     Yes _____ No ✓

    e. Federal or State welfare payments, Social Security or other government source?     Yes _____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A

3. Are you married?    Yes _____ No ✓

Spouse's Full Name: N/A

Spouse's Place of Employment: N/A

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A    Net $ N/A

4. a. List amount you contribute to your spouse's support:

$ N/A

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

N/A

5. Do you own or are you buying a home?    Yes _____ No ✓

Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes _____ No ✓

Make N/A    Year N/A    Model N/A

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

rev. 11/97         3

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No ✓

Name(s) and address(es) of bank: Prison had 200.00 dollars in 2 months. No money now.

Present balance(s): $ Nothing

Do you own any cash?  Yes _____ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _____ No ✓

8. What are your monthly expenses?

Rent: $ _____                               Utilities: _____

Food: $ 100 a month when available.  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

No other debts.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-6-07
DATE

James Gregory Marlow
SIGNATURE OF APPLICANT

rev. 11/97                            4

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of James Gregory Marlow for the last six months at
[prisoner name]
San Quentin State Prison, CA. where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $195.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $195.00

Dated: 7-8-07 / 6-25-07

Refused to sign.

_____
Authorized officer of the institution

rev. 11/97                                    5

```
TS210B                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                           ITAS TRUST ACCOUNT DISPLAY

------------- ACCOUNT INFORMATION -------------   ------ SPECIAL ITEMS -------

  ACCOUNT NUMBER:  E32700
    ACCOUNT NAME:  MARLOW, JAMES    GREGORY
    ACCOUNT TYPE:  I
 CURRENT BALANCE:        145.77
    HOLD BALANCE:          0.00
   ENCUM. BALANCE:         0.00
       AVAILABLE:        145.77
 PRIVILEGE GROUP:  D
    LAST CANTEEN:  01/08/2007

--------- HOUSING LOCATION ---------       --------- ARRIVAL INFORMATION ----------

        FACILITY:  SQ                         ARRIVAL DATE:   02/26/2007
 BED/CELL NUMBER:  EB2 00000000076S         ARRIVAL STATUS:   PERM
                                             FROM LOCATION:   SQ    RC
                                           ARRIVAL COMMENT:   STMT 06/29/01

 TS210BA            BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
 Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```