Emergency 7-23-07

U.S. Court Clerk
450-Golden Gate Ave
San Francisco - CA.

C-07-3655-CW

James G. Marlow E-32700
San Quentin State Prison
San Quentin - CA. 94974
Condemned Row.

FILED
JUL 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

enclowers -

copy.
Sacramento Bee

Hon U.S. Court clerk.

 Sirs the San Quentin Prison staff are threatening to kill me as stated in civil 1983 writ. For my mail to you.

They keep refuseing to sign account statement even with computer printout attached.

Officer who signs this legal mail envelope also refused to sign - and stated I will be a dead man for it. Via the Asso. warden wm D. Dacanay and Capt R. W. Fox.

Please find printout and file and except as an emergency.

Very Respectfully submitted

J. G. Marlow
E-32700

I will try SQ Legal Affairs coord.

over Please