FILED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,
                Plaintiff,       CASE NO. C 07 3655 CW (PR)
        vs.                      PRISONER'S
                                 APPLICATION TO PROCEED
                                 IN FORMA PAUPERIS
_____,
                Defendant.

I, James G. Mallow, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _✓_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____N/A____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  MCI microwave Tellaphone Tower builder
5  Barstow CA. 1985
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.   Business, Profession or                Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,             Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                         Yes ___ No ✓
14   d.   Pensions, annuities, or                Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments,     Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.     List the persons other than your spouse who are dependent upon you for
2             support and indicate how much you contribute toward their support. (NOTE:
3             For minor children, list only their initials and ages. DO NOT INCLUDE
4             THEIR NAMES.).
5     _____N/A_____
6     _____
7 5.    Do you own or are you buying a home?     Yes ___ No ✓
8 Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9 6.    Do you own an automobile?     Yes ___ No ✓
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ___ No ___ If so, Total due: $ ___
12 Monthly Payment: $ ___
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___
15 ___
16 Present balance(s): $ ___
17 Do you own any cash? Yes ✓ No ___ Amount: $ 3.93
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 ___
21 8.    What are your monthly expenses?
22 Rent: $ __NONE__ Utilities: __N/A__
23 Food: $ __N/A__ Clothing: __N/A__
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 __None__        $ ___        $ ___
27 ___        $ ___        $ ___
28 ___        $ ___        $ ___

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-23-07                         James H. Marlow
DATE                            SIGNATURE OF APPLICANT

Case Number: C-07 3655 CW

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **James G. Mallow** [prisoner name] for the last six months **San Quentin State Prison** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 200.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 200.00.

Dated: 7-23-07

_____
[Authorized officer of the institution]

-5-

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☐ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☐ No

   If "Yes" describe the property and state its value _____

6. Do you have any other assets?  ☐ Yes  ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                            SIGNATURE OF APPLICANT

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __-3.93__ on account to his/her credit at __San Quentn Prison__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __57.74__ I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __33.33__

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

__7-25-07__                     __Larry Ward__
DATE                            SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030                                           REPORT DATE: 07/25/07
                    CALIFORNIA DEPARTMENT OF CORRECTIONS    PAGE NO:        1
                           SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2007 THRU JUL. 25, 2007

ACCOUNT NUMBER  : E32700                    BED/CELL NUMBER: EB2 000000000765
ACCOUNT NAME    : MARLOW, JAMES GREGORY     ACCOUNT TYPE:    I
PRIVILEGE GROUP : D
                             TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

02/01/2007     BEGINNING BALANCE                                                    0.30
02/06  FR01  CANTEEN RETUR   602812                                      0.47-      0.77
03/01  D300  CASH DEPOSIT    3040/R&R                     150.00                  150.77
03/10  W535  DENTAL CHARGE   3160/1/17                                   5.00     145.77
04/18  D300  CASH DEPOSIT    3608/R&R                      50.00                  195.77
05/07  FC03  DRAW-FAC 3      3781LCKUP1                                 50.00     145.77
05/09  W415  CASH WITHDRAW   3809MARLOW 187066678                       150.00      4.23-
06/05  FR01  CANTEEN RETUR   604141                                      0.30-     3.93-

                             TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL         TOTAL       CURRENT      HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS   BALANCE     BALANCE      TO BE POSTED
   -------      --------     -----------   -------     -------      ------------
    0.30         200.00        204.23       3.93-        0.00           0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          3.93-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-25-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Larry Ward
   TRUST OFFICE