JAMES G. MARLOW E-32700
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA. 94974

CONFIDENTIAL

LEGAL

7-26-07

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-9680

LEGAL

RECEIVED
AUG - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL

CONFIDENTIAL