Hon U.S. District Court
c/o Hon C. Wilken Judge

C-07-3655-CW

Re: James G. Marlow E-32700
San Quentin State Prison CA
Condemned Row

8 page
enclosures

FILED
AUG - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

copy - court
Family/Friends

Hon Judge -
  with the utmost and utter respect
I send you two typed letters for review.

One from my X-wife Linda C. Marlow
One from my Fed-Public Defender Attorney

Note - I do not believe I am being poisoned in my food! But Officer's are saying

if I continue to accept my state food that is offered to me, I will suffer for it!
(the only inmate to lose all property - TV, legal etc.)
The legal letter via Attorney Brian M. Pomerantz shows property was taken and how I've been trusted even with laundry in SQ

As Jesus is my witness all herein and prior is true and correct.

Respectfully
J. G. Marlow E-32700
SQ CA.

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-7566 FAX

C-07-3655-CW

SEAN K. KENNEDY
*Federal Public Defender*
**DEAN R. GITS**
*Chief Deputy*

**CRAIG WILKE**
*Directing Attorney*
*Santa Ana Office*
**JESUS G. BERNAL**
*Directing Attorney*
*Riverside Office*

Direct Dial: (213) 894-8859

June 19, 2007

Warden Robert L. Ayers, Jr
San Quentin State Prison
San Quentin, CA 94964

Re: James Gregory Marlow
CDC # E-32700

Dear Warden Ayers,

One of my clients, James Marlow, needs a laundry bag. Please realize that the absurdity of writing to you on this issue is not lost on me, but I am not sure who to address this to. As I wrote to you in March, during your cell sweeps Mr. Marlow had virtually all of his personal belongings taken from him. He has not had a laundry bag since. Despite repeated requests, Mr. Marlow has not been provided with a laundry bag, so I write to ask that this necessity be given to my client. As the possession of a laundry bag is a mandatory part of your laundering process, Mr. Marlow has not been able to send his clothes to the laundry since March. Your assistance is greatly appreciated.

Sincerely yours,

Brian M. Pomerantz,
Deputy Federal Public Defender

cc: James Gregory Marlow

February 27, 2007

To: San Quentin Warden
From: Linda C. Marlow

Dear Warden,

My name is Linda C. Marlow Ex-wife to inmate James G. Marlow who is on death row at San Quentin State Prison, San Quentin, California.

Most recently I decided to connect with James because of the fact that we have three sons together from our previous marriage (over thirty years ago) that he never got to know.

My sons and I both wanted to make contact with him before it is too late to do so because of the nature of his plight. We are concerned about his well being and care about what lies ahead in his future.

However, we are very concerned about the letters we have received from him stating that his life has been threatened by staff on several occasions since; he has been in San Quentin.

I believe that the prison system isn't supposed to be a nice place and that it's occupants that are incarcerated there is for a reason. However, aren't there laws that protect these inmates from harassment and threats from, the prison staff?

Yes, the prisoners are there because they have committed a crime or many crimes. But, to allow the staff to play head games with the inmates is unconstitutional. Cruel and

unusual punishment is not justice! It is exactly what it's called, cruel and unusual punishment.

I' am a tax payer to and I oppose this kind of treatment to any inmates, in any prison system. Why would you allow this kind of practice and call it justice and then stand back and do nothing about it. Did God give you permission to do this, or do you call this following the law of the land?

Justice is incarcerating those individuals that have become a threat to our society indeed, but to inflict, verbal and physical abuse on the incarcerated is inhumane. If you are aware of this going on, you are just as guilty for cruelty as the ones on death row.

I' am inclined to believe that our government is not supportive of the nature of this kind of abuse. Humanity should still be exercised (even inside those prison walls) towards the inmates who are waiting to be executed in your correctional facility.

I know that James G. Marlow was judge guilty for his crimes he committed over twenty years ago, but how is verbal, mental, and physical abuse towards him going to bring back the lives of those women? Sitting there on Death Row waiting to be executed by lethal dose should be torture enough because it reflects back to the crimes that person committed.

I thank God for those correctional officers that don't try to play God. Whose blood still runs warm through their veins? Maybe you the San Quentin Warden and the Governor of the state of California need to investigate the correctional officers (who want to play God) more closely; who are taking the law in to their own hands and antagonizing the inmates

by threatening them for getting to much mail or tampering with their food, etc.

Telling James that their going to kill him before his time and make it look authentic by calling it a suicide; or that their going to cause him to have a heart attack by pepper spraying him to death, only reflects back to the person in charge of that prison, and that's you Warden! These are just a few things that I have heard and I' am appalled by these acts of mental brutality and so are my family members.

Stop! The corporal punishment tactics with this inmate on death row because it will be taken to a Higher Authority in the long run and you to will be found guilty for these Acts!

You and society label these convicts as animals and killers and state they deserve death! However, allot of the officers and others in command who are in charge to oversee these inmates are no better; and they to represent our society. So who really are the good and the evil?

No wonder there are more and more people who are not supportive of the death penalty or the way the prison system is ran. The ones who are destined to die there will die there, but the ones who get released will come out even worse than when they went in, and maybe even commit a more evil crime than the first one or ones before.

Concerned,

Linda C. Marlow and Family
2480 First Ave
San Bernardino, CA
92407

SEAN K. KENNEDY (No. 145632)
(E-mail: Sean_Kennedy@fd.org)
Federal Public Defender
BRIAN M. POMERANTZ (No. 214264)
(E-mail: brian_pomerantz@fd.org)
ALEXANDRA W. YATES (No. Pending)[1]
(E-mail: alexandra_yates@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2854
Facsimile (213) 894-7566

Attorneys for Petitioner
JAMES G. MARLOW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES G. MARLOW,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, et.al.,<br><br>　　　　Respondent. | NO. CV 05-6478 ABC<br><br>NOTICE OF APPEARANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Deputy Federal Public Defender Alexandra W. Yates hereby enters her Notice of Appearance as counsel of record for Petitioner James G. Marlow in this matter.

---

[1] Admitted to the State Bar of California on July 23, 2007, and the United States District Court Central District of California on July 24, 2007.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: July 27, 2007

By /s/ Alexandra W. Yates
ALEXANDRA W. YATES
Deputy Federal Public Defender

Counsel for Petitioner,
JAMES G. MARLOW

2

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **NOTICE OF APPEARANCE**, addressed as follows, by:

| [ ] Placing same in a closed envelope and interoffice delivery: | [ ] Placing same in an envelope for hand-delivery: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office: | [ ] Faxing same via facsimile machine: |
|---|---|---|---|

BILL LOCKYER
Office of the Attorney General
300 South Spring Street, Suite 5000
Los Angeles, CA 90013

PAMELA A. RATNER, ESQ.
Office of the Attorney General
P O Box 85266
San Diego, CA 92186-5266

JAMES G. MARLOW
CDC E-32700
San Quentin State Prison
San Quentin, CA 94974

This proof of service is executed at Los Angeles, California, on July 27, 2007. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
ROSANA ALVARADO

3