JAMES G. MARLOW E-33700
SAN Quentin State Prison
SAN Quentin CA. 94974

CONFIDENTIAL
LEGAL MAIL

C-07-3655-CW

LEGAL

LEGAL

Clerk U.S. DISTRICT Court
C/o. Hon C. Wilken JUDGE
450 Golden Gate AVE
P.O. Box 36060
SAN Francisco CA. 94102~9680

#C-07-3655-CW

7-31-07

