Hon Clerk U.S. District Court Emergency
450 Golden Gate Ave
San Francisco, CA. 94102
c/o Hon. U.S. Court Judge
Hon. Judge C. Wilken

C-07-3655-CW

James G. Marlow
E-32700
Condemned Row CA

RECEIVED AUG - 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Hon Judge -
    With the utter and utmost respect I come before this most Hon Court. And request that the Hon Court grant an court order to Federal Public Defender Attorney, Baron M. Pomerantz 321 East 2nd St. Los Angeles. CA. 90012
For his documentation proving San Quentin Prison staff have taken all of my legal and personal property away from me for days. To show why I've not been able to provide the required 602 inmate appeal with 1983 civil writ C-07-3655-CW filed 7-Jul 17-07 at 10:58 AM

Hon Judge - many times my cell has been trashed by correctional staff and legal work - problem logs - staff name list - dates - times - etc has been taken.

I am also under extreme threat of harm for my freedoms of speech - access to family - attorneys - courts - the press. While I've not yet been harmed - I suffer extreme stress and have escaped many attempts upon my life by officer's! "I mailed alot of documentation to the Press Sacramento Bee - Because I had no files or addresses - couldnot write the Hon Court. Received a U.S. 1983 form via another prisoner. And court address, which I'd forgotten. All I had was the News Paper's Address so I mailed them documentation before some officer's took that also.

Hon U.S. Court Judge — Emergency
Hon C. Wilken

Pg 2 of 2
C-07-3655-CW

Re: James G. Marlow E-32300
Condemned Row
San Quentin State Prison CA. 94974

I can also prove with letters on file with Mr. Brian M. Pomerantz Fed Public Defender Los Angeles CA.

letters of concern for my life via threats by counselor Ms. C. Grant. Lt. Mr. M. Barker — Lt. Ms Cake

And Capt. Ms. Speers.

After these letters of concern were mailed to my Appeal Attorney—

Capt. Ms Speers — Lt. Mr. M. Barker — Lt. Ms Cake were all caught in illegal acts in SQ Prison and Fired! Now, new staff have started this.

Mr. Pomerantz also has this info, as to possible foundation.

Please Hon Judge this has gone off and on for years— Please collect the info. Accept my writ and allow me to pursue my automatic appeal with allowed 14 Amend Due Process without the stress of endless threats of harm and harassment.

As God is my witness all the prior and herein is true and correct   James G. Marlow E-32300 SQCA. 7-30-07