James G. Marlow E-32700
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL
LEGAL MAIL

C-07-3655-CW.

7-30-07

LEGAL

Hon Clerk U.S. District Court.
c/o Hon Judge C. Wilken
U.S. District Court Judge
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA. 94102-9680

LEGAL