Hon. Clerk, U.S. District Court
Northern District of Calif
450 Golden Gate Ave
San Francisco, CA. 94102

8-15-07 #1

Re: James G. Marlow E-32700
    San Quentin State Prison
    San Quentin, CA. 94974
— Condemned Row —

#C-07-CV-3655-CW

Filed
RECEIVED
07 AUG 20 PM 1:
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COPY. U.S. COURT
Family
Press
Attorney

Hon. Court and Clerk.

The Calif. Dept. of Corrections and San Quentin Prison HAS TELEPATHIC TECHNOLOGY!

They have had it for about 30 years! They use it to read one's thoughts — And to input threats of harm into one's mind!

This goes beyond illegal wiretapping to illegal thought invasion!

While the Hon. Court may call me crazy and delusional, I can understand such a reaction! Yet in the next four or five years, "After the CA. Dept. of Corrections has me killed or made mind dead" — I believe the people of the world and the Hon. Court will see such TECHNOLOGY EXIST!
And has — Just as I've stated!
These CA. Dept. of Corrections staff have been and are disrupting my privacy of mind and automatic trial preparation in a capital case!

Please stop these C.D.C. staff or remove me to another prison — A Federal Prison.

Respectfully and Sincerely

James G. Marlow E-32700
SQ CA.    8-15-07