

JAMES G. MARLOW E-32700
SAN Quentin State Prison
SAN Quentin, CA. 94974

LEGAL

Hon. Clerk, U.S. District Court
Northern District of Calif.
450 Golden Gate Ave
San Francisco, CA. 94102

941 02$366!
8-15-07

#C-07-CV-3655-CW

CONFIDENTIAL
LEGAL MAIL

#C-07-CV-3655-CW    LEGAL