Hon Clerk U.S. District Court
Northern Dist. of Calif
450 Golden Gate Ave
San Francisco - CA. 94102
c/o U.S. Court Judge Hon. C. Wilken.

(Prior Danger Warning)

Re: James G. Marlow E-32700
San Quentin State Prison
San Quentin - CA. 94974
Condemned Row - CA.

FILED
07 SEP 11 PM 4:07
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

C-07-3655-CW

#1

cpy. Family
Press
U.S. Court
Attorney

On. 9-3-07 at about 7:35 AM Sgt. Mr. Holt w/m correctional officer of SQ State Prison East Block Bay side Condemned Row stated to me - Marlow. I will have you Hung or killed for your legal and personal mail out of this prison!

You are not allowed state food or mail until Alw R. Cox and Capt. Mr. Pickett say you are! or you will die!

You know our Policy on this!

This I submit to the Hon Court is true and correct. I continue to submit my legal and personal mail - 12 page court docket and typed legal letters given to officer Ms. Rutan w/f 9-3-07 for Mike Marlow 1068 Tulloss Road. Franklin, Tenn. 37067

I remain non suicidal and in good health.
Please Hon Judge - I do not mean any trouble for people. I just want fair treatment - and to work with my federal legal team on my automatic capital appeal.

Very Respectfully Sincere James G. Marlow E-32700 SQ CA