Clerk. U.S. Dist.
Nothern Dist. of Calif
450 Golden Gate Ave
San Francisco - CA. 94102
c/o Hone C. Wilken

#1

4:CW-07-3655-CW

Copy: U.S. Court
Family
Attorney
K.Q.E.D.

FILED
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re: James G. Marlow E-32700
San Quentin State Prison. CA.
Condemned Row   94974

Hone Court,

I submitted a (4) ten page report to w/f officer Ms Rutan - with #4 41¢ stamps addressed to K.Q.E.D. Inc. 2601 Mariposa St San Francisco - CA. 94110

On 9-11-07 in SQ East Block to be mailed with out going mail.

Officer Ms. Rutan "said I'd be killed for my mail via order of Asso. Warden R. Fox and mail would not make it out of SQ."

I just hope it makes it as I know most of my mail makes it out of SQ

I just hope staff keep their threats to my harm psychological.    Sincerely J.G. Marlow E-32700