

NORTH BAY CA 940

13 SEP 2007 PM

LEGAL

JAMES G. MALLOW E-32700
SAN Quentin State Prison
SAN Quentin, CA. 94974

condemned row

CONFIDENTIAL
LEGAL
4:CW-07-3655-CW
9-11-07

CLERK U.S. District Court
c/o Hon Judge Claudia Walken
Northern Dist. of Calif
450 Golden Gate Ave.
San Francisco—Calif. 94102

94102+3661