—PRIOR WARNING OF DANGER—

Office of the Clerk U.S. District
Northern Dist of California
c/o Hon Judge. C. Wilken
450 Golden Gate Ave
San Francisco — CA. 94102

1 of 3

4: C-07-3655-CW

Filed
~~RECEIVED~~
OCT – 2 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Copy — U.S. Court
Family
KQED
Attorney

Re: James G. Marlow E-32700
San Quentin State Prison
San Quentin — CA. 94974
(Condemned Row)

Hon Judge C. Wilken.

I hope to avoid harm to myself and to other prisoners. In the past at SQ Prison and other CA state prison's violence has been promoted via CA. Dept. of Corrections staff. And at San Quentin.

So three other yards were made on condemned row. In Grade A status we now have #6.
Recently the "walkalone" yards were discontinued.

All on Grade A status are told "be assinged to a group yard or you lose your Grade A status — no contact visits even with attorneys — no phone calls. etc.

While more and more prison gang AKA dropouts — who are still loyal to the gangs.

And gang members are being sprinkled over all #6 Grade A condemned yards.

Sure I have a choice to not go to yard. But if staff do as they have in the past and come up with

DAY'S FOR REASONS FOR ~~STATUS~~ ~~MANDATORY~~ (2 OF 3)

4:C-07-3655-CW

YARD. Then People Like me with known Prison Gang contracts upon them. Are in Danger.

A while back a man was stabbed in condemned contact visiting. And some of the Public "free" People Got Pepper sprayed. So. called. of connections staff made cages for each visitor to visit in, without haveing to visit in a Group. At SQ.

I Agree Public safety is No* 1. but Prisoner lives should be Protected also without having to lose Grade A Status!   I've not had a write up in 10 years.

Staff have, its said. a future Plan for one total yard for All Grade A Condemned.

And that CA. Condemned Grade A will even have to have a cell Partner. After all these years. That is a Danger for men with contracts on their lives. And their ~~all~~ men on the Row who had Life without in other Prisons, and killed there cell Partners to Get to Death Row in CA.

Prisoner's use to stand together better. They never use to have showers but once a week, if the guards liked you.

Now we have showers on every floor. even hot water in the cells which we never use to have.

And the thompson barrel.

My point is conditioning of the mind. Divide and conquor politics. The use of new technology it is often used to get inmates to stand up against staff these days.

The staff tell the prisoner's I'm a no good rat for telling on them. Their politics their technology etc. who ever kills me will receive a reward. and status with the guards.

I see trouble coming. And a few lives don't matter, to the guards, if their inmates — long as it help's promote publicity for underfunding. understaffing. and overcrowding. The same ol staff law inforcement at SQ use to get more and more money. How court please help save lives. sincerely and respectfully, James L. Marlow E-32200  9-30-07