James G. Marlow E-32700
San Quentin State Prison
San Quentin — Calif. 94974

Condemned Row
Legal Mail
9-30-07

Office of the Clerk, U.S. Dist. Court
Northern Dist. of California
c/o Hon. C. Wilken Judge
450 Golden Gate Ave.
San Francisco, CA. 94102

LEGAL



RECEIVED
OCT -2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4:C-07-3655-CW (attachments) 9-30-07