(update And Prior warning of Danger SQ Prison (1)  #1

Office of the clerk.
C/o Hon. U.S. Judge claudia wilken
Northern Dist. of Calif
450 Golden Gate Ave
San Francisco - CA. 94102

10-10-07

COPY. U.S. Court
K.Q.E.D.
Family -
Attorney -

Re: James G. Marlow E-32700
San Quentin State Prison
San Quentin - CA. 94974
Condemned Row SQ

**RECEIVED**

OCT 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#:4:07-CV-03655-CW

Hon Court. Judge.

It is with the utmost respect that I come to you.
And Lord - what may be my very last day's of life.
Acting Asso. warden R.w. Fox called A East-Block
unit meeting of correctional staff of 2nd watch
Condemned row SQ Prison.  At About 1:15 pm

After the meeting some of the officer's M/F Thompson
w/m silva - B/m elliot. stated that Mr. B/w Fox

has Given the very last order on you marlow -

Your to me made mind Dead or killed asap.
by correctional officers expert Death Technique's.

I've <u>seen</u> ~~see~~ it occur to others! under the Guize of
safety and security and or helping the Prisoner.

I've Given A copy of u.s. court civil Docket for case #:4:07-
CV-03655-CW And handwritten 2 page letter - Addressed to
Death Penalty Focus 870 Market St. ste 859. S.F. CA. 94102 to
the officer that signs back of this Legal letter.

I Remain non harmful to self or others! in good health.
And hopeful. Respectfully James W. Marlow E-32700 SQCA

On 10-11-07 East-Block SQ Death row
w/F officer Ms O'Malley said Marlow
Staff Are About to have you killed.