

James G. Malloy E-32700
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL
LEGAL MAIL

#: 4:07-CV-03655-CW.

10-14-07

LEGAL

CLERK - U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
450 GOLDEN GATE AVE.
SAN FRANCISCO - CALIF. 94102

#: 4:07-CV-03655-CW