Prior Drugger warning  11-1-07

San Quentin State Prison
San Quentin CA. 94964
Condemned Row

copy - SQ
Court
Attorney

Re: James G. Marlow E-32700
2-EB-76
Condemned Row - SQ

#4:C-07-CV-3655-CW

FILED
~~RECEIVED~~
NOV - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sir -

I plan on staying in my cell with no yard till summer next.

I'd like to wait for summer weather - and heal up from my chest operation.

If their is any mandatory yard prior to next summer — since I'm an E.O.P. inmate — I'll just go to the E.O.P. yard.

If thats okay with staff?

Many of your officer's promise to have me attacked on a yard, or hurt, etc.

I hope this is Psychological warfare. I was programming great until staff started threatening me.

They want me to lose my contact legal visits — They even tell me to cancel 602 appeals and give up my visits or else report to follow names etc. I'm not paranoid just logging the facts. very-very. respectfully

James G. Marlow E-32700
2-EB-76