James G. Mallow E-32700
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL
LEGAL MAIL

4:C-07-CV-3655-CW

11-1-07

LEGAL

Office of the Clerk- U.S. District Court
Northern District of Calif.
450 Golden Gate Ave
San Francisco, CA. 94102

4:C-07-CV-3655-CW