Emergency Danger Warning 11-12-07 #1

Asso. Warden Mr. D. Dalaiay
or Acting A/w;
Condemned Row SQCA.

Re: J.G. Marlow E-32700
2-EB-76 Cond. Row SQ
East Block.

Case 4:07-cv-03655-CW   Document 14   Filed 11/14/2007   Page 1 of 1

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Cupy.Visi.Court
Att.
Fam.

#: 4:07-CV-03655-CW
SF

Sirs:

Is their any chance whatsoever you can control your 2/w Lt's and 2/w Sgts in East Block. etc and keep them from threatening! or telling their officer's

to have me hung or maimed because of my legal mail out of SQ. and my accepting legal visits!

And even my accepting state food!

Your staff seem to have an indefatigable desire to make mail - visits - food - showers etc. an politicial choice — which results in the harm of said target "Marlow"!

They — your CDC staff, express wishes to immolate me!
They will claim it is all in my mind! I'm a model inmate — no one dislikes me. etc. Just Paranoid.

They are so immersed in this prolonged immense political super choice Accountability game, they've

lost touch with the actual law, and just what Due Process really is!

Everyone is allowed certin rights/even so called serial killers — / without such rights being a choice for staff to have marked for assassination!

Please give me and these CDC. staff in SQ a lie test and fire them for acting so under the color of authority.

Respectfully, J.G. Marlow E-32700
11-12-07                                          SQ cond Row CA.

Sgt. Holt. Lt. Pickett Insure a death for mail to me. James G. Marlow 11-12-07