James G. Marlow E-32200
San Quentin State Prison
San Quentin, CA. 94974

CONFIDENTIAL

LEGAL MAIL

4:07-CV-03655-CW

11-12-07

United States District Court
Northern District of Calif.
Clerk, c/o Hon. Claudia Wilken
450 Golden Gate Ave
San Francisco, CA. 94102

LEGAL

#4:07-CV-03655-CW

E-filing, ProSe.

9410253661 C004

[USPS postmark: MAILED FROM ZIP CODE 94964, NOV 13 2007]