Clerk, U.S. District Court
Northern District of Calif
450 Golden Gate Ave
San Francisco, CA. 94102

Re: James G. Marlow E-32700
Condemned Row
San Quentin State Prison
San Quentin, CA. 94974

12-2-07

Corpus Court
Ram
Att

#4:C-CV-07-03655-CW
C-CV-07-5965-CW

Update on exhausted
Appeal Required.

Hon Court Clerk –

Please note that I had "listed" problems filing exhausted prison appeal with 1983 civil case C-CV-07-03655-CW explained in numerous attachments.

I did receive an exhausted 602 prison appeal on said issues of civil case C-07-03655-CW and I filed a new 1983 with exhausted 602 appeal and asked that it be accredited from new 1983 filed Nov-27th 07 C-CV-07-5965-CW to 1983 case no# C-CV-07-03655-CW.

Please allow if possible. And combine both civil 1983 cases together C-CV-07-03655-CW C-CV-07-5965-CW.

Very Respectfully Submitted
Thank you!

James G. Marlow
E-32700
SQ CA
12-2-07

Warden R.L. Ayers Jr. - Prison Warden
Acting Capt. Condemned Row (emergency),
San Quentin State Prison CA. 94964

Re: James G. Marlow E-32700
Condemned Row / East Block
2-EB-76

12-2-07 #1

Copy - SQ
U.S. Court
9th
Fam.

C-CV-07-03655-CW

Mr. Ayers / Capt.

    Respectfully

Their is still alot of pressure on my outgoing mail and legal visits.

Your officer's walk the tein's openly promiseing my staged suicide etc. for mail and visits.

I just sent counselor C. Grant a civil 1983 form to attach trust account info and mail to U.S. Court.

Sir your staff - many - and Sgt. Holt and Lt. J. Pickett state that I will be dead prior to your leaving office as SQ Warden in Jan 08

Please sires I mean no harm to myself nor to anyother human being!

I've proved to staff I could forgive alot without revenge! All I ask is the same! Please! Let us all have a peaceful christmass. For Jesus sake!

    Sincerely

    James G. Marlow
    E-32700
    12-2-07 SQ

C-CV-07-03655-CW

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE MARLOW, E32700
Current Housing: 2EB76

Date: November 15, 2007

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSQ-6-07-04238

ASSIGNED STAFF REVIEWER: SQA
APPEAL ISSUE: STAFF COMPLAINTS
DUE DATE: 12/14/2007

Inmate MARLOW, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA 94283-0001


R.Chandler-Dacanay or R. Brau
Appeals Coordinator
San Quentin State Prison

C-CV-07-03655-CW

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE MARLOW, E32700  
Current Housing: 2EB76

Date: November 8, 2007

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CSQ-6-07-03665

ASSIGNED STAFF REVIEWER: SQA  
APPEAL ISSUE: STAFF COMPLAINTS  
DUE DATE: 12/10/2007

Inmate MARLOW, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

   Chief of Inmate Appeals  
   Department of Corrections  
   P. O. Box 942883  
   Sacramento, CA 94283-0001

R.Chandler-Dacanay or R. Brau  
Appeals Coordinator  
San Quentin State Prison