James G. Mallow E-32700
San Quentin State Prison
San Quentin, Calif. 94974

CONFIDENTIAL

LEGAL

C-CV-07-03655-CW

12-2-07

LEGAL

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif. 94102