Clerk. (update, prison attorney unassigned) 12-18-07   #1

450 Golden Gate Ave

San Francisco. CA. 94102   (EM)

C-07-CV-3655-CW

C-07CV-856S-CW

RECEIVED

DEC 21 2007

CW

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

cc: y. us court
family.

Alex yates
mr. Romeau da
Attorneys

Re! James G. Marlow E-32708
Condemned Row SQ CA.

Respectfully submit the following

San Quentin East Block Sgt Mr. Holt w/m And a Lt. Mr. Williams w/m said to me at about 7:15 AM Marlow we're gonna kill you As a suicide before the

new year.'

Likely Prior to 12-25-07

Note: that even if Staff beat me and broke all the bones in my body I'd not harm myself or another Person.

Staff put alot of stress duress on food and mail with excess threats of harm during Holidays.

why? maybe do show some type of Pattern so they Can say during such times subject marlow was more Depressed or Paranoid etc.

All I know is I've missed their death sit ups often inmate w/m Lee Barnet destafied the fed court that he saw officer Renolds murder by a shooting sit up inmate mark adams — after staff promised adams they would shoot him to death! he told Newspapers and family for months! staff know how to do it.  sincerely, J.G. Marlow