

James G. Mallow E-32700
San Quentin State Prison
San Quentin, CA. 94974

BAY CA 945 NOV 14 2007 LEGAL

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif. 94102

RECEIVED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL
LEGAL MAIL

11-13-07

CONFIDENTIAL
LEGAL MAIL