Office of the Clerk _ U.S. District Court
Northern District of California
1301 Clay St. 400 S. Tower
Oakland _ Calif. 94612-5212

No. C 07-03655-CW

RE: James G. Marlow E-32700
Condemned Prisoner
San Quentin State Prison
San Quentin _ CA. 94974

Order to consolidate
Dismissing Amend.
complaint with
leave to amend

FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Hon: Claudia Wilken
United States District Judge,

Hon: court please find attached letter etc. to show that I have been moved to Calif. Medical Facility at Vacaville State Prison. CA. 3-19-08 till 5-08

I did not receive Hon: courts order dated filed 4-29-08 order consolidating actions and dismissing amended complaint with leave to amend.

Did not receive this from the Hon Court until 6-10-08 while back at San Quentin Prison.
Please- Hon Court allow this late response.
Sincerely and Respectfully submitted. James H. Marlow
6-11-08

SQ staff lost all my legal records while I was in Hosp. March 19th 08 till May 8th 08

# FEDERAL PUBLIC DEFENDER
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854; 213-894-7566 FAX

**SEAN K. KENNEDY**
*Acting Federal Public Defender*
**DEAN R. GITS**
*Chief Deputy*

**CRAIG WILKE**
*Directing Attorney*
*Santa Ana Office*
**JESUS G. BERNAL**
*Directing Attorney*
*Riverside Office*

Direct Dial: (213) 894-8859

May 6, 2008

**VIA FACSIMILE (707-469-6006)**

B.C. Williams
Litigation Coordinator
California Medical Facility
Vacaville State Prison
1600 California Drive
P.O. Box 2000
Vacaville, CA 95696-2000

Re: JAMES GREGORY MARLOW
CDC #E-32700

Dear Mr. Williams:

My client, Mr. Marlow, is temporarily at your facility pending psychiatric evaluation. My understanding is that the unit he is in does not allow him to have independent access to the telephone. It is imperative that I maintain weekly contact with my client; therefore, I request that arrangements be made to grant him phone access once a week for the remainder of his stay there. To make the situation easier on you and your staff, it need not be a confidential legal call, I am only requesting regular prison phone calls please.

If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely yours,

Brian M. Pomerantz

cc: James Marlow

OFFICE OF THE
FEDERAL PUBLIC DEFENDER
321 EAST 2ND STREET
LOS ANGELES, CALIFORNIA 90012
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

— CONFIDENTIAL MAIL —

This letter was opened and searched in the presence of the inmate addressee.

Delivered by : _____ Officer

Received by : _____ Inmate

Date : _____

ATTORNEY/CLIENT MAIL

SQ

LOS ANGELES CA 900
06 MAY 2008 PM

1E143

James Gregory Marlow, CDC No. E-32700
DMHQ312
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

95696+2000

LEGAL MAIL

