

Kurt Michaels E64903 /1-EY-49
San Quentin State Prison
San Quentin, CA 94974

Legal Mail

Case No.: C-07-03655-CW

United States District Court
Northern District Of California
Office Of The Court Clerk
1301 Clay Street 400 South Tower
Oakland, CA 94612-5212

Case No.: C-07-03655-CW

