**FILED**
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C**

2  Name  MARLOW      JAMES      G.
        (Last)      (First)    (Initial)

4  Prisoner Number  E-32700

5  Institutional Address  San Quentin State Prison, SQ CA. 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-03655-CW
Second Amend. Complaint.

(Enter the full name of plaintiff in this action.)

vs.

Mr. Robert L. Ayers, Warden
Capt. Grundy, And Capt.
R.W. Fox - Mr. P.Dacanay
Asso. Warden

(Enter the full name of the defendant(s) in this action.)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  San Quentin State Prison

B.   Is there a grievance procedure in this institution?
     YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (X)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.  On file with Hon Court.
     I just returned from Hospital and have none of my records.

COMPLAINT                           - 1 -

1. Informal appeal  The Hon Court has my papers - most my legal property has been lost by SQ staff

2. First formal level  filed

3. Second formal level  filed

4. Third formal level  filed and was exhausted on all levels.

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.  N/A

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

James Gregory Marlow E-32700 San Quentin State Prison. SQ CA. 94974 Condemned Row

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Mr. Robert L. Ayers Warden SQ State Prison CA  Capt. R.W. Fox SQ CA. Prison. Capt. R. Grundey SQ CA  Mr. D. Dacanay Asso. Warden SQ CA.

COMPLAINT                                          - 2 -

1  _____
2  _____
3  _____
4  _____

5  III.    Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  On 6-11-08 At About 6:30 Am San Quentin State
11  Prison CA. East Block Condemned Row - 1st fl.
12  Yard side. Capt Grundy And Lt. Arnold came
13  by my cell 1-EY-43 The Capt said Marlow
14  If you turn in Any mail you will hang or
15  be sent back to CMF Vacaville CA "mind dead".
16  I was sent to CMF Vacaville About 3-19-08
17  the day I left for Vacaville. Sgt Holt showed
18  up At my Hosp SQ cell with Asso Warden
19
20  Mr. Dacanay. Mr Dacanay said we will kill you
21  in Vacaville or SQ Any time we want to
22  Capt. R.W. Fox. Stated on Dec. 3rd I will have
23  IV.    Relief.  you killed by others before you get Any help!

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I Respectfully wish the Hon. Court grant an order
27  to state prison staff not to harm me or Allow
28  it done! And I see money damages due to the
    Horrible stress. upon me And my Family in

COMPLAINT                              - 3 -

This Horrible ordeal.

1 _____
2 _____
3 _____
4 _____

5   I declare under penalty of perjury that the foregoing is true and correct.

7   Signed this  11th  day of  June , 20 08

                              _James G. Manlow F-32700_
                              (Plaintiff's signature)

COMPLAINT                    - 4 -