

Kirt Michaels E64903 / 1-EY-49
San Quentin State Prison
San Quentin, CA 94974

(Legal Mail)

Case No.: C-07-03655-CW

United States District Court
Northern District of California
Office Of The Court Clerk
1301 Clay Street 400 South Tower
Oakland, CA 94612-5212

Case No.: C-07-03655-CW

Case 4:07-cv-03655-CW    Document 21-2    Filed 06/17/2008    Page 2 of 2

