6-21-08

**FILED**

JUN 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attached
and made order
All papers~

To: Hon Clerk. U.S. District court
c/o Hon Judge Claudia Wilken
   Northern District of Calif
1301 Clay St. 400S. Tower
Oakland~ CA. 94612-5212

In c/o James G. Marlow E-32700 who is unable to
write the Hon court Directly Due to Death threats
by Correctional Staff.

Hon Judge Claudia Wilken.

NO                          Please accept this hand written
order and grant it that I may proceed in
a somewhat Professional manner

These attorney are aware of my civil case
They have alot of documentation I've logged with
Their office and if feel they can Represent me
fairley!
            Please Hon court. Thankyou. Respectfully
                        James G. Marlow
                        E-32700 SQ CA

Date: 6-21-08

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  JAMES G. MARLOW,                              )     CASE NO. CV 05-06478-ABC
                                                 )
12         Petitioner,                           )     **DEATH PENALTY CASE**
                                                 )
13              v.                               )
                                                 )
14  J.D. STOKES, Acting Warden of                )     ORDER APPOINTING COUNSEL
        California State Prison at San Quentin,  )
15                                               )
                                                 )
16         Respondent.                           )
                                                 )
17  _____  )

18         IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel for

19  petitioner James G. Marlow in this action.  The address and telephone number of counsel is 321

20  East 2nd Street, Los Angeles, California 90012, (213) 894-2854.

21         IT IS SO ORDERED.

22

23  DATED:   September  /2 , 2005                 _____
                                                 HONORABLE DAVID O. CARTER
24                                               United States District Judge

25  Submitted by:

26  _____
    Randall W. Schnack
27  CJA Supervising Attorney

28