IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES GREGORY MARLOW

Plaintiff,

V.

ROBERT L. AYERS, WARDEN et. al.,

DEFENDANTS

No. C-07-03655-CW

---

JAMES G. MARLOW

Plaintiff.

V.

ROBERT L. AYERS, et. al.,

DEFENDANTS

NO: C-07-03655-CW

ORDER- Appointing FEDERAL HABEAS Appeal Attorney's AS Civil Counsel IN Above mentioned case.

Plaintiff JAMES GREGORY MARLOW - A STATE PRISONER incarcerated at San Quentin State Prison (condemned-Row)

moves this Hon Court to Please Appoint His automatic Appeal Counsel in his Federal Habeas. As His Attorney's in Civil Action Case C-07-03655-CW MR. BRIAN M. Pomarantz AND MS. Alexandra W. Yates. Who both work as Appeal counsel for the FEDERAL PUBLIC DEFENDER — Central District of California 321 EAST 2nd st. Los Angeles. CA. 90012-4202 They have documentations on file where mine have been lost by Prison staff. To see that I get a fair fight.

IT IS SO ORDERED

Dated: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE