Kurt Michaels, E64903/1-EY-49
San Quentin State Prison
San Quentin, CA 94974

NORTH BAY CA 940
27 JUN 2008 PM 3 T

United States District Court
Northern District Of California
Clerk of The Court
Attn: Hon. Judge Claudia Wilken
1301 Clay Street, 400 South Tower
Oakland, CA 94612-5212

**Legal Mail**