James Gregory Marlow
Filing Pro Se
P.O. Box E-32700
San Quentin State Prison
San Quentin, CA. 94974

**FILED**
JUL 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In the United States District Court
for the Northern District of California

James Gregory Marlow
　　Plaintiff,

v.

Robert L. Ayers, Warden, et al.,
　　Defendants

No: C-07-03655-CW
Ex-Parte Proceeding(s)
Motion for Appointment
of Counsel in Civil
Case. C-07-03655-CW

To the Honorable Claudia Wilken:

Petitioner James Gregory Marlow, filing pro-se, hereby moves this Honorable Court to appoint Habeas Death Penalty Appeal Counsel as counsel in said civil action C-07-03655-CW.

Both attorneys Mr. Brian M. Pomerantz and Ms. Alexandra W. Yates are well versed with prison problems concerning James G. Marlow.

It is hereby ordered that the Federal Public Defender is appointed as Counsel Petitioner James G. Marlow in this action C-07-03655-CW. Address and Phone No. of counsel is 321 East 2nd Street, Los Angeles, CA. 90012   213-894-2854

It is so ordered.

Date _____

_____
Honorable Claudia Wilken
United States District Judge