James G. Mullins E-32200
San Quentin State Prison
San Quentin, CA. 94974

Confidential

LEGAL MAIL --

C 07-03655-CW

946 12-5217

LOS ANGELES CA 9

16 JUL 2008 PM 9

LEGAL

OFFICE OF THE CLERK, U.S. District Court
Northern District of California
1301 Clay Street 400 S. Powre
OAKLAND, CALIF.

94612-5212

C 07-03655-CW

C 07-03655-CW LEGAL

CONFIDENTIAL

LEGAL MAIL

LEGAL MAIL